IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00479-BNB

MICHAEL L. THOMPSON,

    Plaintiff,

v.

COLORADO'S DIVISION OF ADULT PAROLE,
STEVE HAGER,
COLORADO PAROLE BOARD DIR. WILSON,
COLORADO'S DEPARTMENT OF CORRECTIONS EXEC. DIR. RICK RAEMISCH,
DENVER SHERIFFS DEPARTMENT,
SHERIFF WILSON,
CHIEF DIGGINS, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the letter that Plaintiff filed *pro se* on March 7, 2014, asking for clarification. *See* ECF No. 12. The request is GRANTED.

    Plaintiff must cure the deficiencies designated in the order of February 27, 2014 (ECF No. 7), and file an amended Prisoner Complaint within thirty days from the date of the February 27 order. The fact that Plaintiff has filed documents in Denver District Court has no relevance to this case, which is filed in federal court in the District of Colorado. Any claims Plaintiff wishes to raise in this case he must assert in an amended Prisoner Complaint in a manner that complies with Rule 8 of the Federal Rules of Civil Procedure as discussed in the February 27 order. Failure to comply with the February 27 order within the time allowed may result in the dismissal of the instant action.

Dated:  March 11, 2014