IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00479-LTB

MICHAEL L. THOMPSON,

    Plaintiff, named as Applicant,

v.

COLORADO'S DIVISION OF ADULT PAROLE,
STEVE HAGER, also named as CURRENT DIV. HEAD STEVE HAGER,
COLORADO PAROLE BOARD,
BRANDON SCHAFER, also named as FORMER DIR. BRANDON SCHAFER,
COLORADO'S DEPARTMENT OF CORRECTIONS,
EXEC. DIR. RICK RESMISCH,
DENVER SHERIFFS DEPARTMENT,
SHERIFF WILSON,
FORMER PAROLE BD. DIR. BECKY LUCERO,
FRMR. PAROLE BD. DIR. TIM HAND,
CURRENT DIR. MR. WILSON,
16 FORM. AND CURRENT PAROLE BD. MEMBERS,
JOHN/JANE DOE'S,
(CPO) GARY PACHECO,
CPO MICHELLE ANDERSON,
DIV. OF ADLT. PAROLE MELISSA GALARDO,
FORMER DIV. HEAD JOHN/JANE DOE,
CPO CHARLIE FEDER,
CPO MATT MINK,
FORMER EXEC. DIR. OF CDOC ARISTAD ZAVARES,
CURRENT EXEC. DIR. RICK RESMISCH,
TIME COMP. SUPER, MARY CARELSON,
CDOC PRIVATE PRISON MONITORS,
(PPMU) LT. SMELSER,
2 CMRC PPMs (MAY 2011) JOHN DOE'S,

    Defendants.

---

# JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on April 14, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 14th day of April, 2014.

                              FOR THE COURT,

                              JEFFREY P. COLWELL, Clerk

                              By: s/K Lyons
                                  Deputy Clerk